# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL DAVITT,

                                                       No. 2:19-cv-00073-JB-KRS

        Plaintiff,

v.

JANE DOE,

        Defendant.

## ORDER DENYING MOTION FOR MEDICAL RECORDS

**THIS MATTER** comes before the Court on Plaintiff's motion for medical records. (Doc. 7). On February 26, 2020, the Court entered a pro se case management order instructing Plaintiff not to file motions until such time as the Court undertook the statutory required screening process. (Doc. 12). Although the Court's order contained exceptions and was filed after the instant motion, a motion for medical records nevertheless does not fall within an exception and is premature. Consequently, Plaintiff's motion is not properly before the Court at this time.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion for medical records (Doc. 7) is **DENIED without prejudice**.

                                                                        */s/ Kevin Sweazea*

                                                                     KEVIN R. SWEAZEA
                                                                     UNITED STATES MAGISTRATE JUDGE